IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WESTPORT HOLDINGS
TAMPA, L.P.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

   Petitioner,

CASE NO. 1D15-2089

v.

STATE OF FLORIDA, EX REL.,
THE DEPARTMENT OF
FINANCIAL SERVICES OF THE
STATE OF FLORIDA,

   Respondent.

_____/

Opinion filed October 6, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

M. Stephen Turner and David K. Miller of Broad & Cassel, Tallahassee, for Petitioner.

Timothy L. Newhall, Deputy Chief Attorney, Tallahassee, for Respondent.

PER CURIAM.

   DISMISSED.

LEWIS, MAKAR, and WINOKUR, JJ., CONCUR.